# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 14, 2020

Mr. Andrew Michael Larson
3610 25th Street
Moline, IL  61265

      RE:  20-2419  United States v. Christopher Schultz (3-2-CR-00041)
            20-2421  United States v. Christopher Schultz (3-19-CR-00079)

Dear Counsel:

      The district court has transmitted notices of appeal in these criminal matter, and we have docketed them under the captions and case numbers shown above.  These cases have been consolidated for briefing and submission to the court.  Please include the caption and the case numbers on all correspondence or pleadings submitted to the court. Counsel in the cases must supply the clerk with an Appearance Form in each case. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      You will receive a CJA appointment through the eVoucher electronic system with a login and password. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Procedures" page of our web site.

      Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from the links in the eVoucher program. Submission of paper vouchers is not allowed. Vouchers should be submitted after the court issues its mandate at the close of the case.

      Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

> media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
> media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
> media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (DCD 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc:    Mr. John S. Courter
       Ms. Tonya Gerke
       Ms. Andrea Glasgow
       Mr. Christopher Lee Schultz

       District Court Case Number(s):   3:20-cr-00041-JAJ-1 and 3:19-cr-00079-JAJ-1

**Caption For Case Number:   20-2419**

United States of America

       Plaintiff - Appellee

v.

Christopher Lee Schultz

       Defendant - Appellant

**Caption For Case Number:   20-2421**

United States of America

       Plaintiff - Appellee

v.

Christopher Lee Schultz

       Defendant - Appellant

**Addresses For Case Participants:   20-2419 and 20-2421**

Mr. Andrew Michael Larson
3610 25th Street
Moline, IL  61265

Mr. John S. Courter
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Ms. Tonya Gerke
123 E. Walnut Street
Des Moines, IA  50309

Ms. Andrea Glasgow
U.S. ATTORNEY'S OFFICE
310 U.S. Courthouse
131 E. Fourth Street
Davenport, IA  52801-0000

Mr. Christopher Lee Schultz
MUSCATINE COUNTY JAIL
19266-030
Inmate Correspondence
400 Walnut Street
Muscatine, IA  52761-0000