IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE SCHULTZ,<br><br>Defendant. | No. 3:20cr00041-01-JAJ<br><br><br><br>**ORDER AMENDING JUDGMENT** |

This matter comes before the court pursuant to the Judgment [Dkt. 13] entered in this case on July 9, 2020.   It has been brought to the court's attention that the Judgment contained an incorrect USM number.

Upon the foregoing,

**IT IS ORDERED** that the Judgment entered on July 9, 2020, is hereby amended to reflect that the correct USM number for defendant Christophe Lee Schultz is **10930-030**.

**DATED** this 24th day of February, 2021.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA